IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KITTRELL MATTHEWS | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-240 |
| FEDERAL BUREAU OF PRISONS, *et al.*, | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Kittrell Matthews, an inmate formerly confined at USP Tucson, proceeding pro se, filed this *Bivens*-type[1] action against defendants the Federal Bureau of Prisons, SIS Officer Nilen and the Warden of USP Beaumont.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this tort claim be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 17 day of **March, 2020.**

_____
Thad Heartfield
United States District Judge